# UNITED STATES BANKRUPTCY COURT
# EASTERN DIVISION OF MICHIGAN
# SOUTHERN DIVISION

IN RE: Sabrina Stennis

Case Number: 07-57884-MBM
Chapter 13
Judge MARCI B. MCIVOR

## NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

The Trustee has attempted to deliver funds to the payee listed below in the course of administration of the estate. Having been unsuccessful in delivery of those funds, the Trustee has deposted those funds with the Clerk of the Court pursuant to 11 U.S.C. 347(a).

| Payee Name and Address | Claims Register # | Transmittal Check Number to Clerk | Check Date | CheckAmount |
|---|---|---|---|---|
| HSBC MORTGAGE SERVICES<br>636 GRAND REGENCY BLVD<br>BRANDON, FL 33510 | 2 | 2600061 | August 23, 2011 | $174.02 |

Dated: August 26, 2011

/s/ David Wm. Ruskin

For the Office of the Chapter 13 Standing Trustee
David Wm. Ruskin
26555 Evergreen Ste 1100
Southfield MI 48076
(248) 352-7755